# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL PATRICK NORRIS,
    Plaintiff,

v.

CASE NO.: 8:22-cv-01675

DEMAND FOR JURY TRIAL

HONEYWELL INTERNATIONAL, INC.
    Defendant.
_____/

## NOTICE OF A RELATED ACTION

Pursuant to M.D. Fla. Local Rule 1.07(c), I certify that the above-captioned case:

☐     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Filed this 26th day of July, 2022        */s/ Kathryn C. Hopkinson*
                                                         **Kathryn C. Hopkinson, Esq.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF system on this 26th day of July, 2022.

                                                                   */s/ Kathryn C. Hopkinson*
                                                                   **Kathryn C. Hopkinson, Esq.**

Florida Bar No.: 0102666
khopkinson@curranantonelli.com
**Peter Antonelli, Esq.**
Massachusetts Bar No.:
pantonelli@curranantonelli.com
**Sarah Bethany Levy, Esq.**
Texas Bar No.: 24128460
slevy@curranantonelli.com
Secondary Emails:
ethompson@curranantonelli.com
filings@curranantonelli.com

CURRAN ANTONELLI, LLP

400 North Tampa St, 15th Floor
Tampa, Florida 33602
(617) 207-8670 ▪ (617) 850-9001 Fax

*Counselors for the Plaintiff, Michael Norris*